# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| BONNIE J. HLEVYACK-SULLINS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 21-cv-06646 |
| | ) | |
| TRISH MCEVOY, LTD. | ) | (Removed from the Circuit |
| | ) | Court of Cook County |
| Defendant. | ) | No. 2021 L 003575) |
| | ) | |

## NOTICE OF REMOVAL

Please take notice that Defendant Trish McEvoy, Ltd. ("TML") by counsel, and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby removes this action to the United States District Court for the Northern District of Illinois. As grounds for this removal, TML states as follows:

1. On April 8, 2021, Plaintiff Bonnie J. Hlevyack-Sullins ("Plaintiff") filed a Complaint in the Circuit Court of Cook County, Illinois, entitled *Bonnie J. Hlevyack-Sullins v. Trish McEvoy, Ltd.*, as Case No. 2021 L 003575 (the "Complaint").

2. On May 10, 2021, TML filed an Answer to the Complaint.

3. On November 10, 2021, Plaintiff filed a Motion for Leave to file an Amended Complaint.

4. TML consented to Plaintiff amending the Complaint, and on December 2, 2021, Plaintiff filed and served an Amended Complaint in the Circuit Court of Cook County, Illinois, entitled *Bonnie J. Hlevyack-Sullins v. Trish McEvoy, Ltd.* (the "Amended Complaint"). A true copy of the Amended Complaint as filed is attached hereto as Exhibit A.

5. This Notice of Removal has been timely filed within 30 days after TML was served with the Amended Complaint.

6. In the Amended Complaint, Plaintiff alleges that TML, her former employer, discriminated against her on the basis of her religion in violation of the Illinois Human Rights Act ("IHRA") and Title VII of the Civil Rights Act. (Ex. A. at ¶¶ 11-21, 26-38.) The Amended Complaint also includes a claim for intentional infliction of emotional distress. (Ex. A. at ¶¶ 22-25.)

7. The Amended Complaint includes a cause of action under a federal statute, Title VII of the Civil Rights Act, 42 U.S.C. § 2000e. (Ex. A. at ¶¶ 26-38.) Specifically, Plaintiff alleges in Count III that "Plaintiff was discriminated against and harassed based on [her] religion – Christianity" and that such "acts perpetrated against Plaintiff by Defendant through its employees and/or agents constitute acts of unlawful employment practice, in violation of § 42 U.S.C. 2000e-2(a)(1)." (Ex. A. at ¶¶ 34, 36.)

8. This Court has federal question jurisdiction over Plaintiff's Title VII claim, pursuant to 28 U.S.C. § 1331.

9. This Court has supplemental jurisdiction over Plaintiff's IHRA and intentional infliction of emotional distress claims pursuant to 28 U.S.C. § 1367 because those claims arise from a common nucleus of operative facts as her Title VII claim.

10. This District embraces the Circuit Court of Cook County, where this lawsuit was originally filed. Therefore, removal to this District is proper. 28 U.S.C. § 1441(a).

11. A duplicate copy of this Notice of Removal will be filed with the Circuit Court of Cook County as required by 28 U.S.C. § 1446(d).

12. By filing this Notice of Removal, TML does not waive any defenses that may be available, including, without limitation, Plaintiff's failure to state a claim or any other defense.

For these reasons, TML respectfully prays for removal of the above-described action from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division and proceed as an action properly removed thereto.

Dated this 13th day of December 2021

TRISH MCEVOY, LTD.

By: /s/ S. Leigh Jeter
One of its attorneys

S. Leigh Jeter (Attorney #6237382)
MICHAEL BEST & FRIEDRICH LLP
River Point
444 West Lake Street, Suite 3200
Chicago, Illinois 60606
Telephone: 312.222.0800
Fax: 312.222.0818
sljeter@michaelbest.com

-and-

Edward Cerasia II
 (To be admitted *pro hac vice*)
Alison L. Tomasco
 (To be admitted *pro hac vice*)
CERASIA & DEL REY-CONE LLP
150 Broadway, Suite 1517
New York, New York 10038
Telephone:  646.525.4235
Facsimile:   646.525.4237
ed@cdemploymentlaw.com
alison@cdemploymentlaw.com

**Certificate of Service**

I, S. Leigh Jeter, an attorney of record in this matter for defendant Trish McEvoy, Ltd., certify that on December 13, 2021, I caused the foregoing *Notice of Removal* to be filed with the Clerk of the United States District Court for the Northern District of Illinois using the Court's CM/ECF system, which may send notification of such filing to the following counsel of record. I also caused the above-referenced document to be filed with the state court. I also directly caused the above-referenced document to be served on the following counsel of record by email and United States Mail, first-class postage pre-paid:

Adeena Weiss Ortiz (info@weissortizlaw.com)
Weiss Ortiz, P.C.
1011 East 31st Street
LaGrange Park, IL 60526
(708) 937-9223


/s/ S. Leigh Jeter
Attorney for Defendant
Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, Illinois 60606
Phone: (312) 222-0800
E-mail: sljeter@michaelbest.com